# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DIANE DUHAIME,<br><br>    Plaintiff,<br> v.<br><br>UNCLE MATT'S ORGANIC, INC.,<br><br>    Defendant. | Civil Action No. 3:22-cv-00391 |

## NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)

1. Whereas Plaintiff Diane Duhaime filed the above-referenced case against Defendant Uncle Matt's Organic, Inc., on March 16, 2022.

2. Whereas Defendant has not yet answered Plaintiff's complaint, and thus dismissal is appropriate without court order, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i).

3. Accordingly, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff hereby dismisses the complaint with prejudice.

Dated: June 14, 2022    Respectfully Submitted,

              BLOCK & LEVITON LLP

              By: */s/ Jason M. Leviton*
              Jason M. Leviton, Esq.
              260 Franklin Street, Suite 1860
              Boston, MA 02110
              Telephone: (617) 398-5600

              *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 14th day of June, 2022.

                                                         */s/ Jason M. Leviton*
                                                         Jason M. Leviton